IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 05-0168-CV-W-DW ) |
| DOROTHY RUTLEDGE, DARYL VAUGHN and JOHN S. JENNINGS, | ) ) ) |
| Defendants. | ) |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 17). The parties stipulate and agree that the above captioned matter has been fully and completely settled and Plaintiff seeks to dismiss the above-captioned cause of action *with* prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses the above-styled action with prejudice. The costs and expenses associated with this action shall be borne by the parties individually. This case is closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: September 20, 2005